ALEX KRIEGSMAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-3022
Fax: (202) 305-0506
Email: alex.kriegsman@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALTER ROSALES, et al. | |
| Plaintiffs, | Case No. 98-860L |
| v. | **ENTRY OF APPEARANCE** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

To the Clerk:

Please enter the appearance Alex Kriegsman as attorney for the Defendants replacing Edward J. Passarelli. Electronic service by the Court is to be delivered to Alex.Kriegsman@USDOJ.gov, as previously registered in the Electronic Case Filing (ECF) system. Service of any papers and correspondence by U.S. Mail should be addressed as follows:

Alex Kriegsman
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

All hand deliveries and Express deliveries (Federal Express, etc.) should be addressed to:

Alex Kriegsman
Environment and Natural Resources Division
Department of Justice
601 D Street, N.W.
Room 3814
Washington, D.C. 20004

Dated: June 10, 2005.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General

By: /s/ Alex Kriegsman______________________
ALEX KRIEGSMAN CA Bar # 214740

Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004
Telephone: (202) 305-3022
Fax: (202) 305-0506

Attorney for Defendants

Of Counsel:

Barbara N. Coen
Attorney
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.
MS 6456
Washington, D.C. 20240
Telephone: (202) 208-6526
Fax: (202) 219-1791

**CERTIFICATE OF SERVICE**

I, Alex Kriegsman, hereby certify that on this 10th day of June, 2005, I caused a copy of the foregoing **Entry of Appearance** to be served upon the attorney of record for plaintiffs by placing it in the United States mail, first-class postage prepaid, addressed to:

Patrick D. Webb, Esquire
Webb & Carey
401 B Street
Suite 306
San Diego, CA 92101
Telephone: (619) 236-1650
Fax: (619) 236-1283

/s/ Alex Kriegsman________________________
Alex Kriegsman