# In the United States Court of Federal Claims

No. 98-860 L
(Filed: July 22, 2005)

***********************************
**WALTER ROSALES, *et al*.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On July 19, 2005, the Court received Plaintiffs' Third Status Report. However, Plaintiffs attempted to file this document in paper form, although this case was converted to electronic case filing (ECF) status on June 1, 2005. In addition, Plaintiffs' counsel may wish to take note that the current Clerk is Brian Bishop, not David A. Lampen.

The Court hereby DIRECTS the Clerk of the Court to return this document to Plaintiffs. The Court further ORDERS that Plaintiffs file their third status report electronically on or before **August 1, 2005**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge