**IN THE UNITED STATES COURT**

**OF FEDERAL CLAIMS**

| | |
|---|---|
| WALTER ROSALES, JANE DUMAS, SARAH ALDAMAS, VAL MESA, JOE COMACHO, BERNICE MESA, VIVIAN FLORES, MARIE TOGGERY, LESLIE A. MESA, GERALD MESA, ROBERT M. MESA, WILLIAM MESA, and the JAMUL INDIAN VILLAGE, | Case No. 98-860-L |
| | **PLAINTIFFS' THIRD REPORT ON STATUS OF RELATED DISTRICT COURT CASE** |
| Plaintiffs, | Judge Edward J. Damich |
| vs. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and DOES 1-20, | |
| Defendants. | |

On March 19, 2004, the court continued the stay of further proceedings in this case and directed the Plaintiffs to file a report every 120 days on the status of the District Court Case known as Rosales et al. v. United States et al. Case No. 1:03CV01117.

Said District Court Case remains pending before the Hon. Gladys Kessler. Cross-motions for summary judgment have been filed by the Plaintiffs and Defendants, and the final briefing was filed by the Defendants on August 20, 2004.

Per this Court's March 19, 2004 order, Plaintiffs will report the issuance of any non-

appealable final decision therein within 30 days thereafter.

On December 15, 2004, this case was reassigned to Judge Damich pursuant to Rule 40.1 of the Rules of the United States Court of Federal Claims.

Dated: July 15, 2005 **WEBB & CAREY**

By: s/Patrick D. Webb

Patrick D. Webb
Attorneys for Plaintiffs
401 B Street Ste 306
San Diego CA 92101
Tel: 619-236-1650
Fax:619-236-1283

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States, a resident of the County of San Diego, State of California, over the age of eighteen years, and not a party to the within action; that my business address is 401 B Street, Suite 306, San Diego, California 92101.

On the date entered below, I served the within:

**PLAINTIFFS' THIRD REPORT ON STATUS OF RELATED DISTRICT COURT CASE**

upon the parties interested in said action by placing a true copy thereof, in the United States mail, addressed to the attorney as follows:

Alex Kriegsman, Esq.
Trial Attorney
Natural Resources Section
Environmental and Natural Resources Division
Department of Justice
Post Office Box 663
Washington, D.C. 20044-0663

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 15, 2005, at San Diego, California.

s/Patrick D. Webb
Patrick D. Webb