# In the United States Court of Federal Claims

No. 98-860 L
(Filed: February 1, 2006)

***********************************
**WALTER ROSALES, *et al.*,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On March 19, 2004, the court stayed this case pending final resolution of the related case of *Rosales v. United States* (1:03cv1117), which is in the U.S. District Court for the District of Columbia. The parties have reported that cross motions for summary judgment await a decision in that case.

In light of the fact that this case has been stayed for a significant period of time, the parties shall file a joint status report on or before **February 15, 2006**, addressing, with specificity, whether the stay in this case should be continued. Such a discussion shall include why issues pending in this case would be affected by resolution of the case in the district court. In addition, Plaintiffs shall provide the court with a concise summary of the claims being pursued in the district court case, as compared to those pursued here. To the extent possible at this juncture, Defendant shall provide a concise summary of its defenses to Plaintiffs' claims being pursued in the district court case, as compared to its defenses in this case.

The parties shall also address how they would propose to proceed if the court were to lift the stay.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge