**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER ROSALES, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 98-860 L |
| | ) | |
| vs. | ) | |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**MOTION TO ENLARGE TIME TO FILE JOINT STATUS REPORT**

Defendant United States of America respectfully submits this motion to enlarge time to file a joint status report (the "Report"). On February 1, 2006, the Court issued an Order requiring the parties to file a joint status report on or before February 15, 2006. The Order states that the Report is to address whether the stay in the present case should be continued. Order at 1. The Report is also to include a discussion of Plaintiff's claims and Defendant's defenses to those claims. Id. The parties must also address how they would proceed if the stay were lifted. Id.

Defendant has made several unsuccessful attempts to contact Plaintiffs' counsel. In addition, Defendant's counsel, Alex Kriegsman, will be on travel to Idaho for another case from February 13, 2005, through February 15, 2005. Accordingly, Defendant will not have the opportunity to meet and confer with Plaintiffs' counsel and file the Report in the required time.

Thus, Defendant respectfully requests that the Court enlarge the time to file the Report nine (9) days to February 24, 2006. This will give the parties the necessary time to meet and confer and file a proper Report, addressing the issues set forth in the Court's February 1, 2006 Order. Pursuant to R.C.F.C. 6.1, Defendant submits that there have been no previous enlargements of time to file the Report. Defendant has been unable to contact Plaintiff's counsel. Defendant has left several voice messages for Plaintiff's counsel over the past week and has sent Plaintiff's counsel an e-mail message.

Defendant submits that if the Court grants this Motion and Defendant remains unable to contact Plaintiff's counsel, Defendant will nonetheless file a status report addressing the issues set forth in the February 1, 2006 Order by February 24, 2006.

//

//

Dated: February 10, 2006

Respectfully submitted,
SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Alex Kriegsman

ALEX KRIEGSMAN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-3022
Fax: (202) 353-0506