**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER ROSALES, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 98-860 L |
| | ) | |
| vs. | ) | |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO ENLARGE TIME TO FILE JOINT STATUS REPORT**

Plaintiffs Walter Rosales, et al. and Defendant the United States of America respectfully submit this joint motion to enlarge time to file a joint status report (the "Report"). On February 1, 2006, the Court issued an Order requiring the parties to file a joint status report on or before February 15, 2006. On February 10, 2006, Defendant filed a motion to enlarge time to file the Report ("First Motion"). Defendant explained that it was unable to contact Plaintiff's counsel and needed additional time to comply with the Court's February 1, 2006, Order. On February 13, 2006, the Court granted Defendant's First Motion and ordered the parties to file the Report by February 24, 2006.

Defendant has since learned that Plaintiff's counsel's sister recently passed away and that Plaintiff has been away from the office tending to family matters. The parties were first able to speak by phone on February 23, 2006. In addition, Plaintiff's counsel has experienced a computer failure in his office and has been unable to retrieve certain documents related to the present case. Accordingly, the parties respectfully request that the Court enlarge the time to file the Report fourteen (14) days to March 10, 2006. This will give the parties the necessary time to meet and confer and file a proper Report, addressing the issues set forth in the Court's February 1, 2006 Order. Pursuant to R.C.F.C. 6.1, the parties submit that there has been one (1) previous enlargement of time to file the Report.

//

//

Dated: February 23, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Alex Kriegsman

ALEX KRIEGSMAN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-3022
Fax: (202) 353-0506

ATTORNEYS FOR DEFENDANT

WEBB & CAREY

consented to February 23, 2006

Patrick D. Webb
401 B Street Ste 306
San Diego CA 92101
Telephone: (619) 236-1650
Fax: (619) 236-1283

ATTORNEYS FOR PLAINTIFFS