**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER ROSALES, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 98-860 L |
| | ) | |
| vs. | ) | |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF RELATED DECISION**

Defendant United States of America Defendants respectfully submit this notice of related decision. On March 8, 2007, the Court granted the defendants' motion for summary judgment in Rosales, et. al v. United States, et al., 03-cv-1117 (GK). The Court's decision granting summary judgment and dismissing the case is attached.

March 28, 2007.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
ALEX KRIEGSMAN
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division

By: */s/ Alex Kriegsman*__________
Alex Kriegsman
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Facsimile: (202) 305-0506

ATTORNEYS FOR DEFENDANTS