**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER J. ROSALES, et al. | ) | **CASE NUMBER:** 98 - 860-L |
| | ) | |
| | ) | Judge Edward J. Damich |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To the Clerk:

Please enter the appearance of Samantha Klein as attorney for the Defendants replacing Alex Kriegsman. Electronic service by the Court is to be delivered to Samantha.Klein@usdoj.gov, as previously registered in the Electronic Case Filing (ECF) system. Service of any papers and correspondence by U.S. Mail should be addressed as follows:

Samantha Klein
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

All hand deliveries and Express deliveries (Federal Express, etc.) should be addressed to:

Samantha Klein
Environment & Natural Resources Division
United States Department of Justice
601 D Street, N.W.
Room 3206
Washington, D.C. 20004

Dated this 26th day of April, 2007.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Divsions

By: s/ Samantha Klein__________
SAMANTHA KLEIN
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0474
Facsimile: (202) 305-0506
samantha.klein@usdoj.gov