# In the United States Court of Federal Claims

No. 98-860 L
(Filed: May 21, 2007)

| | |
|---|---|
| *********************************** | |
| **WALTER ROSALES, *et al.*,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

## ORDER

On April 23, 2007, Plaintiffs filed a status report informing the Court of their intention to appeal Judge Kessler's decision in the related case *Rosales et al. v. United States et al.*, No. 03 Civ 1117 (D.D.C. March 8, 2007), denying the plaintiffs' motion for summary judgment and granting the defendants' cross-motion for summary judgment. Accordingly, Plaintiffs here have requested that the stay in this case be continued. (The Court has contacted counsel for the Defendant and been informed that the Government does not oppose a continuation of the stay.)

In light of the above, the stay in this case shall continue indefinitely pending Plaintiffs' appeal to the U.S. Court of Appeals for the District of Columbia Circuit ("D.C. Circuit"). The parties are hereby ORDERED to file, on or before **August 22, 2007**, a Joint Status Report regarding the status of Plaintiffs' appeal. In addition, the parties shall also file a Joint Status Report within 30 days after the D.C. Circuit renders its decision.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge