**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER J. ROSALES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | ) | **CASE NUMBER:** 98 -860-L<br><br>**JOINT STATUS REPORT**<br><br>Judge Edward J. Damich |

Pursuant to this Court's Order dated May 21, 2007 (Doc. 69), the parties hereby file this Joint Status Report regarding the status of Plaintiffs' appeal in *Rosales et al. v. United States et al.*, No. 03 Civ 1117 (D.D.C. March 8, 2007) denying Plaintiffs' motion for summary judgment and granting Defendants' cross-motion for summary judgment. On May 4, 2007, Plaintiffs filed a Notice of Appeal to the United States Court of Appeals for the District of Columbia in that case, which was transmitted to the Court of Appeals by the District Court on May 7, 2007. On May 9, 2007, Plaintiffs filed their Docketing Statement, and Entry of Appearance, Statement of Issues To Be Raised, Certificate of Counsel, and Statement Declining Use of Deferred Appendix with the Court of Appeals. On August 14, 2007, Defendants filed their Certificate As To Parties, Rulings and Related Cases.

In accordance with the May 21, 2007 Order, the parties will file a Joint Status Report within 30 days after the Court of Appeals renders its decision.

Counsel for the parties hereto have consulted on the preparation of this Joint Status Report, and counsel for Plaintiffs has authorized counsel for the United States to sign this

document on his behalf.

Dated this 17th day of August, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Divsions

By: s/ Samantha Klein__________
SAMANTHA KLEIN
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0474
Facsimile: (202) 305-0506
samantha.klein@usdoj.gov

Attorneys for Defendants

WEBB & CAREY

s/ Patrick D. Webb________
PATRICK D. WEBB
Webb & Carey
401 B Street Ste 306
San Diego, Calif. 92101
Tel(619) 236-1650
Fax(619)236-1283

Attorneys for Plaintiffs