**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER J. ROSALES, et al. | ) | **CASE NUMBER:** 98 -860-L |
| Plaintiffs, | ) | |
| v. | ) | **JOINT STATUS REPORT** |
| UNITED STATES OF AMERICA, et al. | ) | Judge Edward J. Damich |
| Defendants. | ) | |

Pursuant to this Court's Order dated May 21, 2007 (Doc. 69), the parties last filed a Joint Status Report on August 17, 2007 (Doc. 70) regarding the status of Plaintiffs' May 4, 2007 appeal in *Rosales et al. v. United States et al.*, No. 03 Civ 1117 (D.D.C. March 8, 2007) denying Plaintiffs' motion for summary judgment and granting Defendants' cross-motion for summary judgment. The May 21, 2007 Order requires the parties to file a joint status report within 30 days after the Court of Appeals renders its decision.

On March 27, 2008, the case was considered by the United States Court of Appeals for the District of Columbia on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The United States Court of Appeals for the District of Columbia, in an unpublished disposition, affirmed the District Court's grant of summary judgment. The Clerk was directed to withhold issuance of the mandate therein, until seven days after resolution of any timely petition for rehearing en banc, pursuant to Fed. R. App. P. 41(b) and D.C. Cir. R. 41.

Pursuant to Fed. R. App. P. 41(b) and D.C. Cir. R. 41, Plaintiffs have 45 days to petition for a rehearing from the March 27, 2008 judgment. Pursuant to 28 U.S.C. § 2101(c), Plaintiffs

have 90 days to petition for certiorari. Within 30 days of (1) taking action under either Fed. R. App. P. 41(b) and D.C. Cir. R. 41 or 28 U.S.C. § 2101(c), or (2) the expiration of the time to petition for certiorari, the parties will file another joint status report in order to update this Court of what has occurred. Plaintiffs will keep the Defendants apprised of any actions taken.

Counsel for the parties hereto have consulted on the preparation of this Joint Status Report, and counsel for Plaintiffs has authorized counsel for the United States to sign this document on his behalf.

Dated this 28th day of April, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Divsions

By: s/ Samantha Klein_________
SAMANTHA KLEIN
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0474
Facsimile: (202) 305-0506
samantha.klein@usdoj.gov

Attorneys for Defendants

WEBB & CAREY

s/ Patrick D. Webb_______
PATRICK D. WEBB
Webb & Carey
401 B Street Ste 306

San Diego, Calif. 92101
Tel(619) 236-1650
Fax(619)236-1283

Attorneys for Plaintiffs